# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPOINTMENT TO THE | : No 264 |
| | : |
| APPELLATE COURT PROCEDURAL | : APPELLATE COURT RULES DOCKET |
| | : |
| RULES COMMITTEE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2016, James L. McMonagle, Jr., Esquire, Luzerne County, is hereby appointed as a member of the Appellate Court Procedural Rules Committee for a term of three years.